

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS:DKK/JN
F.#2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 24, 2020

<u>By E-mail and ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Huawei Technologies Co., Ltd., <u>et al</u>.
                     <u>Criminal Docket No. 18-00457 (S-3) (AMD)</u>

Dear Judge Donnelly:

        The government's response briefs in opposition to the motions filed by defendants Huawei Technologies Co., Ltd., Huawei Device Co., Ltd., Huawei Device USA Inc. and Futurewei Technologies, Inc. (collectively, "Huawei") seeking the Court's authorization to downgrade more than 21,000 Sensitive Discovery Material documents and to share all Rule 16 material and any <u>Brady</u> disclosures with co-defendant Meng Wanzhou are currently due on Monday, April 27, 2020.  In order to properly address both of Huawei's motions and to potentially raise information that the government has recently learned and is still evaluating, the government respectfully requests that the due date for its reply be changed to May 7, 2020.  The government reached out to defense counsel this morning and they indicated that they would need to consult with their client.  Because the responses are due on Monday, we submit the instant

request prior to receiving the defendant's position, in an effort to obtain a decision from the Court in advance of the current deadline.

                Very truly yours,

                RICHARD P. DONOGHUE
                United States Attorney
                Eastern District of New York

By:    /s/ Julia Nestor
                Alexander A. Solomon
                Julia Nestor
                David K. Kessler
                Sarah M. Evans
                Assistant U.S. Attorneys
                (718) 254-7000

                DEBORAH L. CONNOR
                Chief
                Money Laundering and Asset Recovery Section
                Criminal Division, U.S. Department of Justice

                Laura M. Billings
                Christian J. Nauvel
                Trial Attorneys

                JAY I. BRATT
                Chief
                Counterintelligence and Export Control Section
                National Security Division, U.S. Department of Justice

                Thea D. R. Kendler
                David Lim
                Trial Attorneys

Enclosure

cc:     Defense counsel (by ECF)
       Clerk of the Court (by ECF)