**SIDLEY**                                                                                   **JENNER&BLOCK** LLP

June 29, 2020

<u>Via ECF</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, NY 11201

Re:   *United States v. Huawei Technologies Co., Ltd., et al.*, 18 CR 457 (S-3) (AMD);
      <u>Oral Argument on Protective Order Motions</u>

Dear Judge Donnelly:

    Defendants Huawei Technologies Co., Ltd., Huawei Device USA Inc., Huawei Device Co., Ltd., and Futurewei Technologies, Inc. (collectively, the "Huawei Defendants") have filed two motions relating to aspects of the June 10, 2019 Protective Order in the above-referenced case – one motion regarding the designation of certain discovery material as "sensitive," and another addressing what discovery may be discussed with Huawei Technologies CFO Meng Wanzhou. Both motions are now fully briefed.

    We respectfully request that the Court hear oral argument on these motions on July 23, 2020. We have consulted with the government attorneys, who are available on that date.

                                           Respectfully submitted,

| /s/ Thomas C. Green | /s/ David Bitkower |
|---|---|
| Thomas C. Green | David Bitkower |
| Mark D. Hopson | Matthew S. Hellman |
| Michael A. Levy | JENNER & BLOCK LLP |
| SIDLEY AUSTIN LLP | 1099 New York Avenue, NW |
| 1501 K Street, NW | Suite 900 |
| Washington, DC 20005 | Washington, DC 20001 |
| Tel.: 202-736-8069 | Tel: 202-639-6048 |
| Email: tcgreen@sidley.com | Email: dbitkower@jenner.com |

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Device USA Inc.,
Huawei Device Co., Ltd., and Futurewei Technologies, Inc.*

cc:   Clerk of the Court (AMD) (by ECF)
      Government counsel (by email and ECF)