

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 4, 2021

<u>By Email and ECF</u>

Thomas C. Green
Mark D. Hopson
Michael Levy
Joan M. Loughnane
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Jenner & Block LLP

    Re:  <u>United States v. Huawei Technologies Co., Ltd., et al.</u>
       <u>Criminal Docket No. 18-457 (S-3) (AMD)</u>

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's previous productions. The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019. <u>See</u> ECF Docket Entry No. 57. The government also requests reciprocal discovery from the defendants.

I.   The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Trade compliance documents | Discovery Material | DOJ_HUAWEI_A_0008709011 – DOJ_HUAWEI_A_0008712506 |

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/ Julia Nestor
     Alexander A. Solomon
     Julia Nestor
     David K. Kessler
     Sarah Evans
     Assistant United States Attorneys
     (718) 254-7000

     DEBORAH L. CONNOR
     Chief, Money Laundering and Asset
     Recovery Section, Criminal Division
     U.S. Department of Justice

By:   /s/ Laura Billings
     Laura Billings
     Christian J. Nauvel
     Trial Attorneys

     JAY I. BRATT
     Chief, Counterintelligence and Export
     Control Section
     National Security Division, U.S. Department
     of Justice

By:   /s/ Thea D. R. Kendler
     Thea D. R. Kendler
     David Lim
     Trial Attorneys

cc:   Clerk of the Court (AMD) (by ECF) (without Enclosures)