UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., et al.,<br><br>Defendants. | Case No. 18 Cr. 457 (AMD)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Ellyce R. Cooper of Sidley Austin LLP, hereby respectfully enters her appearance as counsel of record in the above-captioned action for and on behalf of Defendants Huawei Technologies Co., Ltd., Huawei Device Co. Ltd., Huawei Device USA Inc., and Futurewei Technologies, Inc. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: Los Angeles, California
October 1, 2021

                                             SIDLEY AUSTIN LLP

                                             By: /s/ Ellyce R. Cooper
                                                  Ellyce R. Cooper
                                                  1999 Avenue of the Stars 17th Floor
                                                  Los Angeles, CA  90067
                                                  Telephone: (310) 595 9522
                                                  Facsimile: (310) 595 9501
                                                  ecooper@sidley.com
                                                  *Counsel for Defendants Huawei Technologies*
                                                  *Co., Ltd., Huawei Device Co., Ltd., Huawei*
                                                  *Device USA Inc., and Futurewei Technologies,*
                                                  *Inc.*