

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 5, 2021

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      The government respectfully submits this letter on behalf of the parties to request that the October 6, 2021, status conference in this matter be adjourned to December 15, 2021, at 11:00 a.m., a time that the government understands to be convenient for the Court.

                      Respectfully Submitted,

                      NICOLE BOECKMANN
                      Acting United States Attorney
                      Acting Under Authority Conferred by 28
                      U.S.C. § 515

      By:      /s/ David K. Kessler
                      Alexander A. Solomon
                      Julia Nestor
                      David K. Kessler
                      Sarah M. Evans
                      Meredith A. Arfa
                      Assistant U.S. Attorneys

| | |
|---|---|
| DEBORAH L. CONNOR | JAY I. BRATT |
| Chief | Chief |
| Money Laundering and Asset Recovery Section | Counterintelligence and Export Control Section |
| Criminal Division, U.S. Department of Justice | National Security Division, U.S. DOJ |
| | |
| Laura M. Billings | Thea D. R. Kendler |
| Christian J. Nauvel | David Lim |
| Trial Attorneys | R. Elizabeth Abraham |
| | Trial Attorneys |