

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

JN/DKK/LB/CJN
F. #2017R05903

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 7, 2021

By Email and ECF

Thomas C. Green
Mark D. Hopson
Michael A. Levy
Brian J. Stretch
Douglas A. Axel
Melissa Colon-Bosolet
Sidley Austin LLP

David Bitkower
Matthew S. Hellman
Matthew D. Cipolla
Jenner & Block LLP

    Re: United States v. Huawei Technologies Co., Ltd., et al.
       Criminal Docket No. 18-457 (S-3) (AMD)

Dear Counsel:

    Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's previous productions.  The discovery is being produced pursuant to the Protective Order entered by the Court on June 10, 2019.  See ECF Docket Entry No. 57.  The government also requests reciprocal discovery from the defendants.

I.  The Government's Discovery

| Document Description | Category of Discovery Pursuant to Protective Order | Bates Range |
|---|---|---|
| Documents Provided by ▮ | Sensitive Discovery Material | DOJ_HUAWEI_B_0000015588- DOJ_HUAWEI_B_0000015602 |

Very truly yours,

NICOLE BOECKMANN
Acting United States Attorney
Acting Under Authority Conferred by 28
U.S.C. § 515

By:  /s/
Alexander A. Solomon
Julia Nestor
David K. Kessler
Sarah M. Evans
Meredith A. Arfa
Assistant U.S. Attorneys

DEBORAH L. CONNOR
Chief
Money Laundering and Asset Recovery Section
Criminal Division, U.S. Department of Justice

JAY I. BRATT
Chief
Counterintelligence and Export Control Section
National Security Division, U.S. DOJ

Laura M. Billings
Christian J. Nauvel
Trial Attorneys

Thea D. R. Kendler
David Lim
R. Elizabeth Abraham
Trial Attorneys

cc:  Clerk of the Court (AMD) (by ECF) (without Enclosures)

2