

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DKK
F. #2017R05903

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 13, 2022

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Huawei Technologies Co., Ltd., et al.
                Criminal Docket No. 18-00457 (S-3) (AMD)

Dear Judge Donnelly:

      I respectfully request that I be removed from the docket for this matter as an attorney for the government, as my last day working at the U.S. Attorney's Office for the Eastern District of New York will be June 14, 2022.

      Respectfully submitted,

      /s/ David K. Kessler
      David K. Kessler
      Assistant U.S. Attorney
      (718) 254-7202

Cc: All defense counsel (by ECF)